**BENEDICT AND ALTMAN**
247 Livingston Avenue
New Brunswick, New Jersey 08901
(732) 745-9000
Attorneys for Defendant, Dr. Laxmipathi Garipalli

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HONORABLE STANLEY R. CHESLER |
| vs. | : CASE NO. 2:08-cr-00159 (SRC) |
| DR. LAXMIPATHI GARIPALLI | : CONSENT ORDER TO REMOVE TRAVEL RESTRICTIONS WHILE ON PROBATION |

THIS MATTER having been brought before the above-named Court, upon the application of Joseph J. Benedict, Esq., of the law firm of Benedict and Altman, attorneys for defendant Dr. Laxmipathi Garipalli , in the above captioned matter, for an Order removing the travel restrictions and permitting defendant, Dr. Laxmipathi Garipalli to travel outside New Jersey, Assistant United States Attorney Maureen Nakly, attorney for the plaintiff, United States of America on behalf of the United States Attorney's Office, having no objection, and for good cause shown,

IT IS on this 24 day of April, 2012,

ORDERED that all travel restrictions for Defendant Dr. Laxmipathi Garipalli are hereby removed, but Dr. Laxmipathi Garipalli is required to advise probation of all details of all overnight stays outside the state of New Jersey, and;

IT IS FURTHER ORDERED that Defendant Dr. Laxmipathi Garipalli is hereby permitted to travel to Oklahoma City, Oklahoma on Wednesday, April 25, 2012 and return to New Jersey on Monday, April 30, 2012 to visit a close personal friend who has been diagnosed with cancer.

_____
HON. STANLEY R. CHESLER

UNITED STATES ATTORNEY'S OFFICE

_____
MAUREEN NAKLY, AUSA